UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:19-CR-220 |
| v. | ) | |
| | ) | JUDGE VARLAN |
| SHERIKA SHARDE FREEMAN | ) | |

## UNITED STATES' SENTENCING MEMORANDUM

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby states that, apart from the information contained in the Revised Presentence Investigation Report ("PSR"), the United States has no additional information regarding the issue of sentencing. The Government submits that based on the information provided in the Revised PSR that a sentence within the guideline range would be sufficient, but not greater than necessary, to satisfy the factors set forth in 18 U.S.C. ¶ 3553.

However, the United States reserves the right to offer argument and proof at the sentencing hearing as it deems appropriate and as the Court permits.

Respectfully submitted,

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: s/ *Cynthia F. Davidson*
Cynthia F. Davidson
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
cynthia.davidson@usdoj.gov
TN BPR #016099