# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | DOCKET NO. 3:19-CR-220-08 |
| ) | JUDGE VARLAN |
| ) | |
| SHERIKA SHARDE FREEMAN ) | |

## NOTICE OF NO OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

The Defendant, by and through counsel, hereby files this Notice of No Objections to the Presentence Investigation Report, and states that having reviewed the Presentence Investigation Report prepared by Joseph Cuccia, United States Probation Officer, the defendant has no objections to the Presentence Investigation Report as disclosed on February 22, 2021.

Respectfully submitted this the 23rd day of February, 2021.

By: s/Jonathan S. Wood
Jonathan S. Wood (BPR # 020342)
Attorney for Sherika Freeman
P.O. Box 23857
Knoxville, TN 37933-1857
(865) 675-4830

## CERTIFICATE OF SERVICE

I do certify that on the 23rd day of February, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/Jonathan S. Wood